IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

**PATRICK MICHAEL IAN FINNEGAN**                                              **PLAINTIFF**

V.                              **CASE NO. 3:21-CV-3053**

**JAIL ADMINISTRATOR JASON DAY,**
Boone County Detention Center;
**JASON SILVA,** Assistant Jail Administrator; and
**CORRECTIONAL OFFICER KEITH LEOPARD**                                **DEFENDANTS**

### ORDER

Comes on for consideration the Report and Recommendation (Doc. 10) filed in this case on September 13, 2021, by the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas.  Fourteen (14) days have passed without objections being filed by the parties.

The Court has reviewed this case and, being well and sufficiently advised, finds as follows: the Report and Recommendation is proper and should be and hereby is **ADOPTED IN ITS ENTIRETY**.  Accordingly, for the reasons stated in the Magistrate Judge's Report and Recommendation, the case is **DISMISSED WITHOUT PREJUDICE** pursuant to Federal Rule of Civil Procedure 41(b) and Local Rule 5.5(c)(2).

**IT IS SO ORDERED** on this 1st day of October, 2021.

                                                          */s/ Timothy L. Brooks*
                                                          TIMOTHY L. BROOKS
                                                          UNITED STATES DISTRICT JUDGE